IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-02285-MSK-BNB

CENTER FOR LEGAL ADVOCACY,
d/b/a The Legal Center for People With Disabilities and Older People,

Plaintiff,

v.

REGGIE BICHA, in his official capacity as Executive Director of the Colorado Department of
Human Services, and
TERESA A. BERNALL, in her official capacity as Interim Superintendent of the Colorado
Mental Health Institute at Pueblo,

Defendants.

---

## ORDER

---

Pursuant to the order of the district judge [Doc. # 25, dated 11/21/2011],

IT IS ORDERED that a settlement conference will be held on **December 7, 2011, at
10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th
Street, Denver, Colorado.  All settlement conferences that take place before the magistrate judge
shall be confidential.  *Pro se* parties, attorneys, and client representatives with full authority to
settle the case must be present at the settlement conference in person.  (NOTE: This requirement
is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an
adjustor authorized to enter into settlement must also be present.)

IT IS FURTHER ORDERED that the parties shall engage in pre-conference settlement
discussions to assure that the settlement conference is not futile, and shall notify the court of
their conclusion by means of a joint status report filed on or before **December 1, 2011**.

Dated November 22, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge