**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-2285-MSK-BNB

CENTER FOR LEGAL ADVOCACY, d/b/a
THE LEGAL CENTER FOR PEOPLE WITH
DISABILITIES AND OLDER PEOPLE,

   *Plaintiff*,

v.

REGGIE BICHA,
in his official capacity as Executive Director
of the Colorado Department of Human Services, and
TERESA A. BERNAL,
in her official capacity as Interim Superintendent
of the Colorado Mental Health Institute at Pueblo,

   *Defendants*.

---

**JOINT STATUS REPORT**

---

   Plaintiff, the Center for Legal Advocacy, d/b/a The Legal Center for People with

Disabilities and Older People (the "Legal Center"), and Defendants Reggie Bicha, in his official

capacity as Executive Director of the Colorado Department of Human Services, and Teresa A.

Bernal, in her official capacity as Interim Superintendent of the Colorado Mental Health Institute

at Pueblo, through their respective counsel, submit the following Joint Status Report concerning

pre-conference settlement discussion pursuant to the court's November 22, 2011 order (Doc. No.

26):

   1. The Court entered an Order on November 22, 2011 setting a settlement

conference for December 7, 2011, at 10:00 a.m.  This Order required the parties to engage in pre-

607834

conference settlement discussions to assure that the settlement conference would not be futile and to submit a joint status report to the Court on or before December 1, 2011.

2. The Court subsequently entered a Minute Order dated November 28, 2011, resetting the settlement conference for January 5, 2012, at 3:00 p.m.   However, the parties are still obligated by the Court's November 22, 2011 Order, which has not been vacated, to engage in pre-conference settlement discussions and submit a joint status report.

3. The parties have discussed the possibility for prompt settlement or resolution of this case on two occasions, at a meeting on September 9, 2011, and at their Rule 26(f) conference on October 19, 2011.  The parties have jointly concluded based on these meetings, and hereby jointly represent to the Court, that they do not believe that the settlement conference to be conducted by the Court on January 5, 2012 will be futile.

4. Additionally, counsel for the parties will meet on December 21, 2011, to discuss substantively the possibilities for settlement.

DATED:  December 1, 2011

Respectfully submitted,

JOHN W. SUTHERS
Attorney General

/s/   *Alicia R. Calderón*
Alicia R. Calderón
First Assistant Attorney General
Tanya E. Smith
Assistant Attorney General

- 2 -

607834

Human Services Unit
States Services Section
1525 Sherman St., 7th Floor
Denver, CO 80203
(303) 866-5228
alicia.calderon@state.co.us
tanya.smith@state.co.us

*Attorneys for Defendants Reggie Bicha and
Teresa A. Bernal, in their official capacity
only*

/s/  *Jason M. Lynch*

Iris Eytan
Jason M. Lynch
Caleb Durling
REILLY POZNER LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
(303) 893-6100
ieytan@rplaw.com
jlynch@rplaw.com
cdurling@rplaw.com

/s/  *Marcus J. Lock*

Marcus Lock
WILDERSON LOCK & HILL LLC
525 North Main Street
Gunnison, CO 81230
(970) 641-1903
MLock@lawoftherockies.com

Chester R. Chapman
Mark J. Ivandick
THE LEGAL CENTER FOR PEOPLE WITH
    DISABILITIES
455 Sherman St., Suite 130
Denver, CO 80203
(303) 722-0300
rchapman@thelegalcenter.org
ivandick@thelegalcenter.org

*Attorneys for Plaintiff Legal Center*

- 3 -

607834