IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02285-MSK-BNB

CENTER FOR LEGAL ADVOCACY,
d/b/a The Legal Center for People With Disabilities and Older People,

Plaintiff,

v.

REGGIE BICHA, in his official capacity as Executive Director of the Colorado Department of Human Services, and
TERESA A. BERNAL, in her official capacity as Interim Superintendent of the Colorado Mental Health Institute at Pueblo,

Defendants.

---

**ORDER**

---

IT IS ORDERED:

(1) A supplemental settlement conference will be held on **January 30, 2012, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)

(2) Representatives of the Office of the State Court Administrator and of the Association of County Sheriffs of Colorado are directed to attend the supplemental settlement conference. The defendants shall contact the State Court Administrator and the Sheriffs

Association and inform them of this requirement.

Dated January 5, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge