IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02285-MSK-BNB

CENTER FOR LEGAL ADVOCACY,
d/b/a The Legal Center for People With Disabilities and Older People,

Plaintiff,

v.

REGGIE BICHA, in his official capacity as Executive Director of the Colorado Department of Human Services, and
TERESA A. BERNAL, in her official capacity as Interim Superintendent of the Colorado Mental Health Institute at Pueblo,

Defendants.
_____

**ORDER**
_____

IT IS ORDERED:

(1) A second supplemental settlement conference will be held on **February 27, 2012, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person or by telephone. Anyone planning to attend the conference by telephone must contact my chambers on or before **February 20, 2012**, to make all necessary arrangements;

(2) Representatives for the defendants authorized to discuss the plaintiff's demand for attorneys fees must be present at the conference in person; and

(3) On or before **February 6, 2012,** the plaintiff shall serve on defendants' counsel a

written demand for attorneys fees, including contemporaneous time records (redacted or edited to protect issues of privilege and trial strategy, if necessary); evidence establishing that the hourly rate claimed is reasonable; a summary of the attorneys' qualifications and experience; and the total amount claimed, including a description of its basis.

Dated January 30, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge