IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02285-BNB

CENTER FOR LEGAL ADVOCACY d/b/a Legal Center for People with Disabilities and Older People,

Plaintiff,

v.

REGGIE BICHA, in his official capacity as Executive Director of the Colorado Department of Human Services, and
TERESA A. BERNAL, in her official capacity as an Interim Superintendent of the Colorado Mental Health Institute at Pueblo,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 42, filed February 17, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
　　The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 30, 2012**;

　　The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 1, 2012**;

Discovery Cut-Off:　　　　　　　　**July 13, 2012**;
**Dispositive Motion Deadline:**　　**August 10, 2012.**

DATED: February 22, 2012