IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-02285-BNB

CENTER FOR LEGAL ADVOCACY,
d/b/a The Legal Center for People With Disabilities and Older People,

Plaintiff,

v.

REGGIE BICHA, in his official capacity as Executive Director of the Colorado Department of Human Services, and
TERESA A. BERNAL, in her official capacity as Interim Superintendent of the Colorado Mental Health Institute at Pueblo,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Stay Proceedings** [Doc. # 20, filed 11/14/2011] (the "Motion to Stay").

I am informed that the parties are engaged in settlement discussions which may lead to a resolution of the case.  I have recently granted the parties' Stipulated Motion to Modify Scheduling Order [Doc. # 42] to allow the parties to focus their efforts on settlement rather than preparation of the case for trial.  In view of these circumstances,

IT IS ORDERED that the Motion to Stay [Doc. # 20] is DENIED without prejudice, to be renewed, if at all, after the parties determine that the case cannot be resolved through settlement.

Dated February 27, 2012.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge