## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02285-NYW

CENTER FOR LEGAL ADVOCACY, d/b/a DISABILITY LAW COLORADO,

     Plaintiff,

v.

REGGIE BICHA, in his official capacity as Executive Director of the Colorado Department of Human Services; and
RONALD B. HALE, in his official capacity as Superintendent of the Colorado Mental Health Institute at Pueblo,

     Defendants.

---

## MINUTE ORDER RE-OPENING CASE

---

Entered By Magistrate Judge Nina Y. Wang

     This matter comes before the court on the Unopposed Motion to Reopen Action for Enforcement of Settlement Agreement (the "Motion") [#82, filed June 13, 2018]. The undersigned Magistrate Judge considers the Motion pursuant to 28 U.S.C. § 636(c), the Order of Reference for all purposes dated February 21, 2012 [#44], and the Reassignment dated November 19, 2015 [#58].

     Plaintiff Center for Legal Advocacy d/b/a Disability Law Colorado filed a similar motion on October 28, 2015, [#53], which the court granted insofar as it found good cause to reopen this matter to allow the court to consider whether the Settlement Agreement had been breached. *See* [#62]. Although the Parties ultimately resolved the previous dispute, *see* [#80], the court finds reopening this matter warranted under the circumstances, as it appears that the Parties agree to reopen this matter, but disagree as to whether Defendants have breached the Settlement Agreement. *See* [#82 at 2].

     Accordingly, **IT IS ORDERED** that:

(1)    Plaintiff's Unopposed Motion to Reopen Action for Enforcement of Settlement Agreement [#82] is **GRANTED IN PART**, insofar as it seeks to reopen the case to allow the court to consider whether the Settlement Agreement has been breached and whether to order enforcement, and **RESERVED IN PART** as to whether Defendants have, in fact, breached the Settlement Agreement; and

(2)    This matter is set for a Status Conference on **July 5, 2018 at 10:00 a.m.** to discuss Plaintiff's request for discovery and an evidentiary hearing. On or before **July 2, 2018**, the Parties will meet and confer and file a Joint Status Report

addressing Plaintiff's requested discovery and a proposed scope and procedure for an evidentiary hearing.

DATED:  June 14, 2018