IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 11-cv-02285-NYW | Date: July 12, 2018 |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM C-204* |

| Parties | Attorney(s) |
|---|---|
| CENTER FOR LEGAL ADVOCACY, | *Caleb Durling* |
| | *Ellie Lockwood* |
| | *Iris Eytan* |
| | *Jason M. Lynch* |
| **Plaintiff,** | |
| v. | |
| REGGIE BICHA, | *Elizabeth J. McCarthy* |
| TERESA A. BERNAL, | *Lauren K. Peach* |
| | *Tanya E. Wheeler* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 3:01 p.m.

Appearance of counsel. Mr. Mark Ivandick and Ms. Jennifer Purrington appear on behalf of Disability Law Colorado. Dr. Robert Werthwein appears with Mss. McCarthy, Peach and Wheeler.

Discussion held regarding the issues outlined in the Joint Status Report [88] filed July 9, 2018. Parties do not anticipate taking any discovery. The parties do not anticipate presenting evidence, only oral argument.

**ORDERED: Oral Argument is set for September 28, 2018, at 10:00 a.m. before Magistrate Judge Nina Y. Wang for two-hours. Each party will be granted 30 minutes of argument. No live testimony is anticipated.**

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.

**ORDERED:  The following schedule will govern the briefing:**

**The Parties will simultaneously file motions for summary judgment no later than August 15, 2018.**

**Any responsive briefs will be due no later than September 5, 2018.**

**No later than September 12, 2018, the Parties will exchange their proposed evidentiary submission lists.**

**No later than September 17, 2018, the Parties will meet and confer about their proposed evidentiary submission lists and prepare a joint evidentiary submission list, including any stipulations or objections as well as <u>a list of undisputed facts</u>, with any unresolved objections to the admissibility of certain evidence to be determined by the court at the hearing and <u>the basis and response for all such objections</u>.**

Court in Recess:  3:07 p.m.          Hearing concluded.          Total time in Court: 00:06