IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-02285-NYW | Date: | September 28, 2018 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM A-502* |

| Parties | Attorney(s) |
|---|---|
| CENTER FOR LEGAL ADVOCACY, | *Caleb Durling* |
| | *Ellie Lockwood* |
| | *Iris Eytan* |
| | *Jennifer L. Purrington* |
| | *Timothy P. Scalo* |
| **Plaintiff,** | |
| v. | |
| REGGIE BICHA, | *Elizabeth J. McCarthy* |
| TERESA A. BERNAL, | *Lauren K. Peach* |
| | *Tanya E. Wheeler* |
| **Defendants.** | |

### COURTROOM MINUTES/MINUTE ORDER

**ORAL ARGUMENT**

Court in Session: 10:01 a.m.

Appearance of counsel. Mr. Mark Ivandick appears with counsel on behalf of Plaintiff. Dr. Robert Werthwein appears with counsel on behalf of Defendants.

Parties submit an unopposed oral motion to restrict Exhibit No.'s 18 [97-18] and 19 [97-19]. Parties agree to refer to individuals by initials only.

Discussion and argument held on Plaintiff's Motion for Summary Judgment to Enforce Settlement Agreement [96], and Defendants' Motion for Summary Judgment [97] filed August 15, 2018.

**ORDERED: Plaintiff's Motion for Summary Judgment to Enforce Settlement Agreement [96] is TAKEN UNDER ADVISEMENT.**

**ORDERED: Defendants' Motion for Summary Judgment [97] is TAKEN UNDER ADVISEMENT.**

Parties discuss if the stipulated exhibits will be admitted. The court requests that parties file all the exhibits to this proceeding on the docket.

**ORDERED: The oral motion is GRANTED. Exhibit No.'s 18 [97-18] and 19 [97-19] are RESTRICTED from the public docket.**

Court in Recess: 11:17 a.m.          Hearing concluded.          Total time in Court:   01:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.