# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.** 11-CV-02285-NYW

CENTER FOR LEGAL ADVOCACY, d/b/a
DISABILITY LAW COLORADO**,**

    Plaintiff**,**

**v.**

REGGIE BICHA,
in his official capacity as Executive Director
of the Colorado Department of Human Services, and

JILL MARSHALL, in her official capacity
as Chief Executive Officer of the Colorado Mental Health
Institute at Pueblo,

    Defendants**.**

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

    Plaintiff Center for Legal Advocacy d/b/a Disability Law Colorado, through undersigned, hereby gives notice of supplemental authority relevant to this litigation. Attached hereto as **Exhibit 1** is a Mental Health Press Release issued by the Delta County Sheriff's Office on October 10, 2018.

    DATED:  October 12, 2018.

    ///

64296489
4830-5213-9896

Respectfully submitted,

<div style="column-count:2">

*s/ Iris Eytan*
Iris Eytan
EYTAN NIELSEN LLC
3200 Cherry Creek South Drive
Denver, CO 80209
Telephone: 720.440.8155
Facsimile: 720.440.8156
Email: iris@eytan-nielsen.com

*s/ Caleb Durling*
Caleb Durling
FOX ROTHSCHILD LLP
1225 Seventeenth Street, Suite 2200
Denver, CO 80202
Phone: (303) 945-7416
Email: cdurling@foxrothschild.com

*Attorneys for Plaintiff Center for Legal Advocacy, d/b/a Disability Law Colorado*

*s/ Mark J. Ivandick*
Mark J. Ivandick
Jennifer Purrington
DISABILITY LAW COLORADO
455 Sherman St., Ste. 130
Denver, CO 80203
Telephone: 303.722.0300
Facsimile: 303.722.0720
Email: mivandick@disabilitylawco.org

*s/ Ellie Lockwood*
Ellie Lockwood
Timothy P. Scalo
SNELL AND WILMER LLP
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: 303-634-2000
Facsimile: 303-634-2020
Email: elockwood@swlaw.com;
tscalo@swlaw.com

</div>

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2018, a true and correct copy of **NOTICE OF SUPPLEMENTAL AUTHORITY** was electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Tanja E. Wheeler
Lauren Peach
Libbie McCarthy
First Assistant Attorney General
Colorado Department of Law
State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Ph: 720-508-6151
Fax: 720-508-6041
tanja.wheeler@coag.gov
Lauren.Peach@coag.gov
Libbie.McCarthy@coag.gov

*Counsel for Defendants*

                                             */s/Sandy Braverman*
                                             Sandy Braverman

64296489
4830-5213-9896