**Case Name:** Center for Legal Advocacy v. Petersen et al

**Case Number:** 1:11-cv-02285-NYW

1/29/2019

Dear Magistrate Judge Wang,

I write to ask that you please consider, in the interest of transparency, unrestricting the Groundswell Review of the CDHS Plan by Special Masters Neil Gowensmith and Daniel Murrie.

The materials and recommendations are a matter of public interest -- as they directly involve operations at the state-funded Department of Human Services and how they handle their wards in county jails across the state who are awaiting competency restoration. The county jails are also matters of public interest and publicly funded.

As you are aware, special masters Gowensmith and Murrie are paid for, under contract, by state dollars and we believe their final reports should be a matter of public record. I am a reporter at non-profit Colorado Public Radio and this request is related to news-gathering purposes and disseminating and reporting information about a state-run agency to the public. This information is not being sought for commercial purposes.

I submit that the recommendations put forth by special masters Gowensmith and Murrie will help improve public understanding of the pressing problems at the Department of Human Services, as both the state agency and Disability Law Colorado seek a solution to the wait times faced by people awaiting competency restoration.

Thank you for considering it,

Allison Sherry
Colorado Public Radio
asherry@cpr.org
303.956.7773