IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02285-NYW

CENTER FOR LEGAL ADVOCACY, d/b/a
DISABILITY LAW COLORADO,

    Plaintiff,

v.

JERENE PETERSEN,
In her official capacity as Acting Executive Director
of the Colorado Department of Human Services, and

JILL MARSHALL,
In her official capacity as Superintendent
of the Colorado Mental Health Institute at Pueblo

    Defendants.

## JOINT MOTION REQUESTING REFERRAL TO A U.S. MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES

Pursuant to D.C.COLO.LCivR 16.6(a) and 72.1(c)(1), the parties in the above-referenced case respectfully request the Court refer this matter to a U.S. Magistrate Judge to conduct a settlement conference and related proceedings.

As grounds for this joint request, the parties state that they have determined they would like the opportunity to explore the settlement options with the assistance of a Magistrate Judge. The Plaintiff and Defendants have exchanged communications regarding a preliminary list of terms, and counsel for both parties

1

have met once to discuss the potential utility of mediation. Based on these conversations, the parties would like the opportunity to explore the settlement options they have discussed with the assistance of a Magistrate Judge. Accordingly, the parties believe that good cause exists for the requested referral. The parties are available to participate in mediation on weekends or holidays, in order to continue to move this case forward expeditiously.

Respectfully submitted on this 31st day of January, 2019.

*s/Ellie Lockwood*
Ellie Lockwood
Timothy P. Scalo
SNELL AND WILMER LLP
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: 303-634-2000
Facsimile: 303-634-2020
Email: elockwood@swlaw.com
          tscalo@swlaw.com

Caleb Durling
FOX ROTHSCHILD LLP
1225 17th Street
Suite 2200
Denver, CO, 80202
Telephone: 303-945-7415
Facsimile: 303-974-7468
Email: cdurling@foxrothschild.com

Iris Eytan
EYTAN NIELSEN LLC
3200 Cherry Creek South Drive
Denver, CO 80209
Telephone: 720.440.8155

*s/Tanya E. Wheeler*
Tanya E. Wheeler
Libbie McCarthy
Sarah Richelson
Ann Pogue
Colorado Department of Law
State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Ph: 720-508-6151
Fax: 720-508-6041
tanja.wheeler@coag.gov
libbie.mccarthy@coag.gov
sarah.richelson@coag.gov
ann.pogue@coag.gov

*Counsel for Defendants*

Facsimile: 720.440.8156
Email: iris@eytan-nielsen.com

Mark J. Ivandick
Jennifer Purrington
DISABILITY LAW COLORADO
455 Sherman St., Ste. 130
Denver, CO 80203
Telephone: 303.722.0300
Facsimile: 303.722.0720
Email: mivandick@disabilitylawco.org

*Counsel for Plaintiff Disability Law Colorado*

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2019, I electronically filed the foregoing **JOINT MOTION REQUESTING REFERRAL TO A U.S. MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES** using the CM/ECF system maintained by the Court which will send notifications of such filing to all counsel of record.

| | |
|---|---|
| Caleb Durling<br>FOX ROTHSCHILD LLP<br>1225 17th Street<br>Suite 2200<br>Denver, CO 80202<br>Telephone: 303-945-7415<br>Facsimile: 303-974-7468<br>Email: cdurling@foxrothschild.com | Iris Eytan<br>EYTAN NIELSEN LLC<br>3200 Cherry Creek South Drive<br>Denver, CO 80209<br>Telephone: 720-440-8155<br>Facsimile: 720-440-8156<br>Email: iris@eytan-nielsen.com |
| Ellie Lockwood<br>Timothy P. Scalo<br>SNELL AND WILMER LLP<br>1200 Seventeenth Street, Suite 1900<br>Denver, CO 80202<br>Telephone: 303-634-2000<br>Facsimile: 303-634-2020<br>Email: elockwood@swlaw.com | Mark J. Ivandick<br>Jennifer Purrington<br>DISABILITY LAW COLORADO<br>455 Sherman St., Ste. 130<br>Denver, CO 80203<br>Telephone: 303-722-0300<br>Facsimile: 303-722-0720<br>Email: mivandick@disabilitylawco.org |

*/s/ Julia Wiggins*