Updated November 15, 2023



# FINES COMMITTEE Allocated Funds Summary

The Competency Waitlist Fines Fund was created by a federal court consent decree in litigation addressing Colorado's Competency to Stand Trial system. The Fines Committee was established to oversee the Fines Fund; its purpose is to support programs that have potential to reduce the State's competency restoration waitlist.



### Colorado Coalition for the Homeless (CCH)

**$4,964,964** - Providing modified Assertive Community Treatment level services to clients who are referred through the Office of Behavioral Health's Forensic Support Team as appropriate for Outpatient Restoration. Additionally, start-up funding was provided in 2019 to enable the program to purchase a 182-unit housing facility, out of which this, and other Colorado Coalition for the Homeless programs are operated.



### Denver Competency Diversion & WellPower

**$1,617,338** - Diverting from prosecution those defendants who are likely to be found incompetent to proceed. The Fines Committee funds a program administrator, behavioral health navigators, and partial salaries for prosecutors and public defenders who work with clients in the program. Funding also provides for direct wraparound client services, including emergency and temporary housing, transportation assistance, mobile phone, hygiene items, clothing, and nutritional assistance.



### Larimer County Competency Docket

**$533,242** - Diverting individuals involved in the competency process from custody while coordinating necessary care in the community. The Fines Committee funds a competency services case manager and a competency services team lead.



### Aurora Municipal Court Sustained

**$719,284** - Screening individuals booked in the municipal jail and assessing appropriate individuals for competency. The program connects clients to treatment out of custody and works toward prosecutorial diversion. The Fines Committee funds a program administrator, pays for competency evaluations, and provides cell phones for clients.



### University of Denver's Denver FIRST Program

**$948,729** - Identifying and assessing clients ordered to outpatient competency restoration programs for traumatic brain injury and acquired brain injury, to enhance appropriate interventions for those identified clients, and to provide training to jail staff and providers.



### Community Based Enhanced Restoration

**$400,000** - Providing Assertive Community Treatment to individuals so that they can be released on bond and restored to competency out-of-custody. The Fines Committee funds short-term housing options for clients who would otherwise be homeless.



### SummitStone Competency Hub

**$3,029,283** - Increasing psychiatric services in the Larimer County Jail and establishing a community-based competency hub that enables clients' medication management and provision of services.


### 12th Judicial District Competency Docket

**$69,555** - Establishing a Docket Coordinator position to support the 12th Judicial District Competency Docket.


### Assisted Living of Aurora

**$822,000** - Providing ten supportive temporary beds to enable client benefits enrollment to fund longer-term out-of-custody placement during restoration.


### Mesa County Sheriff's Office Long-Acting Injectables Program

**$360,000** - Providing in-custody clients with long-acting injectable medications to support mental health outcomes for those returning from the State hospital following competency restoration, and for newly booked inmates for whom the intervention is medically indicated.


### San Luis Valley Recovery Housing

**$313,762** - Providing five beds in a sober-living facility to serve individuals referred for out-of-custody competency restoration in the 12th Judicial District. This program will also connect clients to medically-assisted recovery treatment and other services to support competency recovery.


### AllHealth Network Bridges to Care

**$134,000** - Supporting the implementation of an Arapahoe County Competency Docket by doubling the capacity of the existing State Court Bridges Program which is providing client case management and treatment support.


### 2nd Judicial District Competency Docket

**$220,000** - Establishing a Docket Coordinator position for two years to support the 2nd Judicial District Competency Docket.

### Larimer County Public Defender's Office

**$262,000** - Establishing a dedicated Senior Public Defender position for two years to support the Larimer County Competency Docket.


### Embark Recovery Residences

**$641,700** - Providing sober-living housing to serve individuals released from confinement who are receiving competency restoration, as well as supporting outpatient restoration clients with case management, treatment, peer specialists, and classes.


### Monarch Competency Housing

**$953,074** - Providing sober-living housing and supportive wraparound services. Twenty-four dedicated beds are reserved for clients deemed appropriate to be released from custody for the restoration process and referred by the Forensic Support Team or Bridges.


### Embark Assisted Living - Renaissance

**$380,820** - Providing eight licensed transitional assisted living beds, called Renaissance, in El Paso County to competency-involved individuals. 24-hour staffing supervision and programming geared toward participants' health optimization, reinteigration into the community, and assistance with long-term placement will also be provided.


### SAFER Opportunities Colorado

**$2,007,500** - Offering safe, continuous hotel sheltering in Arapahoe County with a continuum of community-based, client-centered safety net services. The Fines Committee funds numerous positions and wraparound services.


### Ananeo Competency Housing

**$834,960** - Providing housing and services associated with supportive monitored sober housing. Twenty-five dedicated beds are reserved for individuals, suitable for diversion from confinement, who are receiving outpatient competency restoration and treatment, referred by the Forensic Support Team or Bridges.


### Boulder County Community Justice Services

**$505,842** - Supporting aspects of the State Court Bridges Program, including the provision of access to services to enable the release from custody for competency clients.


### IMPACT Integrated Insight Therapy

**$1,178,000** - Diverting individuals on whom competency is raised, from confinement, by providing dedicated program housing with treatment and wraparound services. The Fines Committee funds case managers, house managers, peer support professionals, monitoring services, and houses for 26 clients to live in rural Colorado.


### Mile High Behavioral Healthcare

**$286,745** - Assisting clients with acquiring treatment and wraparound services out of custody. The Fines Committee funds two clinical case managers to support pre-release incarcerated clients with mental health and substance use disorders.


### Boulder County Sheriff's Office

**$130,000** - Providing in-custody clients with long-acting injectables to support mental health for those returning from the State hospital following restoration, and for newly-booked inmates, as well as supporting clients transitioning to the community through temporary housing and ancillary items.


### Gateway to Success Day Reporting Center

**$275,000** - Establishing a Day Reporting Center with treatment, medication management, daily classes, peer support, and case management in a warm and welcoming space to individuals receiving out-of-custody competency evaluation and restoration.


### 1st Judicial District Competency Docket

**$220,000** - Establishing a docket coordinator position to support the 1st Judicial District Competency Docket.


### Pulse Line Collaborative Training

**$1,058,270** - Providing training and resources to law enforcement, first responders, and caregivers to reduce unwarranted use of force incidences and the number of individuals with behavioral health disorders and disabilities being arrested and confined.


### Behavioral Treatment Services Day Reporting

**$265,814** - Establishing a Day Reporting Center with treatment, medication management, daily classes, peer support, and case management in a warm and welcoming space to individuals receiving out-of-custody competency evaluation and restoration.


### SCAO Competency Docket Analyst

**$222,664** - Creating an analyst position to support judicial districts operating special programs in the competency system; the analyst provides training, awareness of resources, data collection, and evaluation support for competency dockets and judicial programs.


### Second Chance Center in the City

**$488,125** - Providing onsite case management, peer mentoring, employment services, housing navigation, mental health services, and substance misuse services to individuals in or at risk of being in the competency system. The Fines Committee funds a care manager, behavioral health navigator, and partial salaries for the director and assistant director, as well as costs directly related to clients' basic needs, emergency housing, community navigation, and leasing an office space.


### United Way of Weld County

**$1,421,440** - Transitioning competency-involved individuals from the Weld County Jail to the community by providing rapid rehousing and emergency housing services, case management, assistance with benefit acquisition, and wraparound services.


### City of Greeley Housing Solutions

**$111,835** - Serving individuals in Weld County who are competency-involved by providing benefit acquisition, employment support, permanent housing vouchers, bridge housing, and wraparound services; funding also supports a .25 FTE case manager and .25 FTE peer specialist.


### Fee: Strategy & Evaluation, LLC

**$387,500** - Auditing and evaluating programs, as well as providing administrative support to the Fines Committee.


### Fee: Mental Health Colorado

**$534,780** - Serving as the fiscal agent, providing additional administrative support for funded programs and sponsoring the employment of a cultivator to help communities develop new programs.

# Previously-funded Programs
*Funded between 2018 and 2023*


### REACH Docket Competency Screener

**$17,850** - Provided additional screening and evaluation capacity to the 2nd Judicial District REACH Docket.


### Denver Sheriff Department

**$663,114** - Supported the Denver Restoration Treatment Unit, a jail-based initiative that provides programming focused on competency restoration, general mental health needs, and enhancing life skills.


### Denver Health

**$3,270,000** - Provided psychiatric beds for out-of-custody competency clients on an emergency basis.


### Peak View Behavioral Health

**$440,800** - Provided psychiatric beds for out-of-custody competency clients on an emergency basis.


### Mesa County Pretrial Community Alternative Placement

**$27,900** - Diverted individuals, deemed likely to be found incompetent to proceed, from confinement to supportive community-based treatment. The Fines Committee funded inpatient treatment for clients in the PreCAP program.


### Colorado Mental Health Institute

**$669,850** - Purchased and provided cellular phones, access (minutes), and transportation for competency-involved individuals during the pandemic, as well as laptops and related expenses for providers and local jails to allow pandemic-era competency services to continue.



| | Total Fines Received | Total Funds Allocated | Total Funds Spent by Programs |
|---|---|---|---|
| | $41,255,506 | $31,387,740 | $16,202,767 |
| | As of 10/31/23 | As of 11/15/23 | As of 09/30/23 |

| Program | Allocated | Spent |
|---|---|---|
| 1st JD Competency Docket | $220,000 | $0 |
| 2nd JD Competency Docket | $220,000 | $0 |
| 12th JD Competency Docket | $69,555 | $0 |
| AllHealth Network Bridges to Care | $134,000 | $4,808 |
| Ananeo Housing | $834,960 | $424,634 |
| Assisted Living of Aurora | $822,000 | $59,844 |
| Aurora Sustained | $719,284 | $464,632 |
| Boulder County Justice Services | $505,842 | $89,476 |
| Boulder County Sheriff's Office | $130,000 | $29,680 |
| BTS Forensic Day Reporting | $265,814 | $0 |
| City of Greeley Housing Solutions | $111,835 | $0 |
| Colorado CCH (CREST) | $1,500,000 | $1,500,000 |
| Colorado CCH (Restoration Housing) | $3,464,964 | $3,464,964 |
| Colorado Mental Health Institute | $669,850 | $669,850 |
| Community Based Enhanced Restoration | $400,000 | $364,195 |
| Denver Comp. Diversion & WellPower | $1,617,338 | $693,249 |
| Denver Health | $3,270,000 | $3,270,000 |
| Denver Sheriff Department | $663,114 | $663,114 |
| Embark Assisted Living - Renaissance | $380,820 | $187,610 |
| Embark Recovery Residences | $641,700 | $227,900 |
| Gateway to Success-Pueblo | $275,000 | $142,134 |
| IMPACT Integrated Insight Therapy | $1,178,000 | $564,079 |
| Larimer County Competency Docket | $533,242 | $330,034 |
| Larimer County Public Defender's Office | $262,000 | $262,000 |
| Mesa County LAI Program | $360,000 | $24,017 |
| Mesa County Pretrial CAP | $27,900 | $27,900 |
| Mile High Behavioral Healthcare | $286,745 | $100,046 |
| Monarch Competency Housing | $953,074 | $305,331 |
| Peak View Behavioral Health | $440,800 | $440,800 |
| Pulse Line Collaborative Training | $1,058,270 | $0 |
| REACH Docket Competency Screener | $17,850 | $17,850 |
| SAFER Opportunities | $2,007,500 | $500,000 |
| San Luis Valley Recovery Housing | $313,762 | $0 |
| SCAO Competency Docket Analyst | $222,664 | $0 |
| Second Chance Center in the City | $488,125 | $33,987 |
| SummitStone Competency Hub | $3,029,283 | $383,067 |
| United Way of Weld County | $1,421,440 | $0 |
| University of Denver's Denver FIRST | $948,729 | $87,023 |
| Mental Health Colorado | $534,780 | $534,780 |
| Strategy and Evaluation, LLC | $387,500 | $335,763 |

Legend: Allocated, Spent

This document is updated quarterly; as such, it does not reflect up-to-the-minute expenditures and funded projects.