IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02285-NYW

CENTER FOR LEGAL ADVOCACY, d/b/a
DISABILITY LAW COLORADO,

Plaintiff,

v.

MICHELLE BARNES,
in her official capacity as Executive Director
of the Colorado Department of Human Services, and

JILL MARSHALL,
in her official capacity as Chief Executive Officer
of the Colorado Mental Health Hospital in Pueblo

Defendants.

---

**NOTICE OF FILING OF DEFENDANTS' OCTOBER 15, 2026, MONTHLY COMPLIANCE PLAN REPORT**

---

Defendants Michelle Barnes and Jill Marshall, through the Office of the Attorney General, submit this October 15, 2026, Monthly Compliance Plan Report, attached as Exhibit A.

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated this 15th day of October, 2026.

PHILIP J. WEISER
Attorney General

/s/ Ann H. Pogue
TANYA E. WHEELER, 37089*
Associate Chief Deputy Attorney General
ANN H. POGUE, 43137*
First Assistant Attorney General
SARAH RICHELSON, 50946*
Second Assistant Attorney General
State Services Section
Human Services Unit
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: (720) 508-6591
Fax: (720) 508-6041
Email: tanja.wheeler@coag.gov
sarah.richelson@coag.gov
ann.pogue@coag.gov
*Counsel of Record

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of October, 2026, a true and correct copy of this **NOTICE OF FILING OF DEFENDANTS' OCTOBER 15, 2026, MONTHLY COMPLIANCE PLAN REPORT** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Iris Eytan
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone: 303-578-4400
Email: ie@rmlawyers.com

Ellie Lockwood
Timothy P. Scalo
SNELL AND WILMER LLP
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: 303-634-2000
Facsimile: 303-634-2020
Email: elockwood@swlaw.com; tscalo@swlaw.com

Caleb Durling
FOX ROTHSCHILD LLP
1225 Seventeenth Street, Suite 2200
Denver, CO 80202
Phone: (303) 945-7416
Email: cdurling@foxrothschild.com

*Attorneys for Plaintiff*

*/s/ Nicole Petosa*
Nicole Petosa